ACCEPTED
01-15-00146-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/22/2015 5:59:35 PM
CHRISTOPHER PRINE
CLERK

**Cause No. 01-15-00146-CV**

_____

**IN THE COURT OF APPEALS**
**FOR THE FIRST DISTRICT OF TEXAS**
**HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/22/2015 5:59:35 PM

CHRISTOPHER A. PRINE
Clerk

_____

**ALL AMERICAN RIGGING COMPANY, INC.**
*Appellant*

**v.**

**EDWARD D. DYSARZ**
*Appellee*

_____

On Appeal from the 61st District Court of Harris County, Texas
Cause No. 2012-48784

_____

**MOTION FOR VOLUNTARY DISMISSAL OF APPEAL**

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

COMES NOW, Appellant All American Rigging Company, Inc., and pursuant to Tex. R. App. P. 42.1 (a) (1), files this Motion for Voluntary Dismissal of Appeal and in support thereof, would respectfully show as follows:

1. Appellant, All American Rigging, and Appellee, Edward D. Dysarz, have agreed to a settlement of the underlying matter. All American Rigging and Dysarz are the only parties to this appeal.

2. In light of this settlement, All American no longer desires to prosecute this appeal.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant All American Rigging Company, Inc. respectfully requests that this Court enter an Order dismissing the Appeal.

`

Respectfully submitted,

*/s/ Douglas Pritchett, Jr.*

Douglas Pritchett, Jr.
Texas Bar No. 24007877
JOHNSON, TRENT, WEST & TAYLOR, L.L.P.
919 Milam Street, Suite 1700
(713) 222-2323 (Telephone)
(713) 222-2226 (Facsimile)
dpritchett@johnsontrent.com

**COUNSEL FOR APPELLANT**
**ALL AMERICAN RIGGING CO., INC.**

**CERTIFICATE OF SERVICE**

On this the 22nd day of July 2015, the foregoing Unopposed Motion for Voluntary Dismissal of Appeal was served on the following persons by electronic service:

D. John Neese, Jr.
HAWASH, MEADE, GASTON, NEESE & CICACK, LLP
2118 Smith Street
Houston, Texas 77002
jneese@hmgnc.com

Andrew B. Totz
Totz Ellison & Totz, P.C.
2211 Norfolk Street, Suite 510
Houston, Texas 77098
atotz@tetlegal.com


*/s/ Douglas Pritchett, Jr.*
Douglas Pritchett, Jr.


453679.1-07222015